# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAIME L. HIMES,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No. 6:09-cv-341-Orl-31GJK**

**SANDS TOWING, INC.,**

        **Defendant.**

_____

# ORDER

This matter came before the Court without oral argument upon consideration of Plaintiff's, Sands Towing, Inc., Motion for Entry of Default Judgment (the "Motion") (Doc. 34) and U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation regarding same (Doc. 39). Neither party has objected to the Report and Recommendation. Accordingly, it is

**ORDERED** and **ADJUDGED** that:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as a part of this Order;

2. The Motion (Doc. 34) is **GRANTED**.

3. The Clerk of the Court is directed to enter final judgment in favor of Plaintiff, Jaime L. Himes, and against Defendant, Sands Towing, Inc., in the amount of $9,097, said sum comprising:

    a. $2,392.50 in unpaid overtime compensation;

    b. $2,392.50 in liquidated damages for unpaid overtime compensation;

    c. $3,902.00 in reasonable attorneys' fees;

      d. $410.00 in costs; and

4. The Clerk of the Court is further directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 8, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                        GREGORY A. PRESNELL
                                    UNITED STATES DISTRICT JUDGE